WO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Russell Miller and Lisa Miller,

          Plaintiffs,

vs.

Scott A. Miller and Robin G. Frye-Miller,

          Defendants.

Case No.: CV-22-00071-TUC-JGZ

**ORDER**

On August 26, 2022, Plaintiffs filed a Motion to Amend Complaint. (Doc. 44.) Defendants filed no response in objection. Courts should freely give leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). The Court finds that the Plaintiffs' amended complaint was filed in good faith, does not result in undue delay, and is not futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court will thus grant Plaintiffs Motion.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion to Amend (Doc. 44) is **GRANTED**.
2. Defendants shall answer the amended complaint or file a responsive pleading within twenty-one days from the date of this Order.

Dated this 3rd day of October, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge